UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Doreen W.B.

   v.                              Civil No.  11-cv-36-JL

MWV Healthcare Assoc., Inc.,
et al.

**O R D E R**

While not wishing to make too much of this, or be unduly harsh, the court is beginning to feel "jerked around." Plaintiff's counsel did not provide the information contained in his supplemental motion to withdraw (in particular, that the plaintiff "has refused to respond to communications from [him] during the past few weeks") to the court previously, either in his original motion to withdraw or, for that matter, during the telephone conference just last week on the defendants' motion to continue the trial. The filing from the defense side (specifically its characterization as an "emergency") is equally perplexing.

In any event, if the plaintiff desires, she shall file a pro se response to Attorney Slawsky's motion (doc. no. 42) on or before **May 15, 2013**. This filing shall be made under seal. See L.R. 83.11(a)(3). If the plaintiff fails to respond, Attorney Slawsky's motion will be granted. If the plaintiff retains new

counsel to represent her in this matter, he or she shall file a notice of appearance immediately.  In the meantime, the court has little choice but to remove this case from the July trial calendar.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  May 8, 2013

cc:  David P. Slawsky, Esq.
     Peter A. Meyer, Esq.
     Daniel R. Sonneborn, Esq.
     Alan B. Rindler, Esq.
     Doreen W.B.