```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Doreen W.

    v.                                                        Civil No. 11-cv-36-JL

MWV Healthcare Assocs.,
Inc., *et al.*

## O R D E R

Based on the plaintiff's pro se response to her counsel's notice of withdrawal (doc. no. 40), this case is STAYED for 45 days so that the plaintiff may continue to explore retaining new counsel in this matter. If, by the end of that 45-day period, the plaintiff is unable to do so, this court will hold an ex parte evidentiary hearing on her counsel's motion to withdraw. If, at any point prior to that time, the plaintiff decides she no longer wants to pursue getting new counsel, she shall notify the court, and the court will hold an ex parte evidentiary hearing on her counsel's motion to withdraw.

As new counsel has appeared for defendants MWV Healthcare and Memorial Hospital, the motion for Daniel R. Sonneborn and Alan B. Rindler to withdraw (doc. no. 41) is GRANTED.

    **SO ORDERED.**

                                                          _____
                                                          Joseph N. Laplante
                                                          United States District Judge

Dated:  May 20, 2013

```
cc:   David P. Slawsky, Esq.
      Daniel R. Sonneborn, Esq.
      Alan B. Rindler, Esq.
      Sean Eric Capplis, Esq.
      Peter A. Meyer, Esq.
      Doreen W.B.
```