UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
*************************************
Doreen W.B., Individually and as        *
parent of minor son, A.D.               *
                                        *
v.                                      *        1:11-cv-00036-JL
                                        *
MWV Healthcare Associates, Inc.,        *
Memorial Hospital, and Rita Kostecke, M.D.*
                                        *
*************************************
```

## RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE

      NOW COME plaintiffs, Anthony Dubois and Doreen Wentworth, and defendants, Rita Kostecke, M.D., MWV Healthcare Associates, Inc., and Memorial Hospital, and stipulate that the pending action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(A)(ii).

                                                                             Respectfully submitted,

| | |
|---|---|
| /s/ Doreen Wentworth | /s/ Anthony DuBois |
| Doreen Wentworth, plaintiff, *pro se* | Anthony Dubois, plaintiff, *pro se* |
| 219 Main Street | 219 Main Street |
| Lovell, ME  04051 | Lovell, ME  04051 |
| 207-925-8022 | 207-925-8200 |
| doreenwentworth13@hotmail.com | anthdubois13@gmail.com |
| | |
| Date:  March 9, 2014 | Date:  March 9, 2014 |
| | |
| MWV Associates, Inc. and Memorial Hospital | Rita Kostecke, M.D. |
| | |
| By their attorneys, | By her attorneys, |
| CAPPLIS & CONNORS | SULLOWAY & HOLLIS, PLLC |
| | |
| By  /s/ Sean Capplis | By  /s/ Peter A. Meyer |
|     Sean Capplis (NHB #19049) |     Peter A. Meyer (NHB #1745) |
|     18 Tremont Street, Suite 220 |     9 Capitol Street, P.O. Box 1256 |
|     Boston, MA  02108 |     Concord, NH  03302-1256 |
|     617-227-0722 |     603-224-2341 |
|     scapplis@capplisandconnors.com |     pmeyer@sulloway.com |
| | |
| Date:  March 19, 2014 | Date:  March 19, 2014 |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the following persons on this date and in the manner specified:

By first class mail: Doreen Wentworth and Anthony Dubois, 219 Main Street, Lovell, Maine, 04051

Electronically: Sean Capplis, Esquire

Date: March 19, 2014  /s/ Peter A. Meyer
Peter A. Meyer

{C1127319.1 }